UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 10, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVERADO CUADROS CAMPOS

    Defendant.

Case No. 2:18-CR-00143-KJM-1

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>EVERADO CUADROS CAMPOS</u> – Case No.: <u>2:18-CR-00143-KJM-1</u>; Charge: <u>21 U.S.C. §§ 846; 841(a)(1) and 18 U.S.C. § 1361</u> – from custody for the following reasons:

| | | |
|---|---|---|
| X | Unsecured Appearance Bond: | $20,000.00 to be posted by 8/11/20 at 12:00 PM |
| X | Secured Property Bond: | Secured by undeveloped land to be posted by 8/24/20 at 5:00) PM |
| X | (Other): | For the reasons stated on the record in open court, the court GRANTED the defendant's Motion for Bail Review, ECF No. 72, subject to the special conditions provided by U.S. Pretrial Services, and ORDERED that the defendant be released by Jail officials to his court-approved third party custodian from Sacramento County Main Jail on 8/11/2020 at 12:00 PM, at which time the defendant is ORDERED to report to the Pretrial Services Officer on the plaza in front of the Matsui U.S. Federal Courthouse at 501 I Street, Sacramento, CA. |

Issued at Sacramento, California on August 10, 2020 at 9:45 AM.

By: *[signature]*

CHIEF UNITED STATES DISTRICT JUDGE