HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
EVERADO CUADROS CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVERADO CUADROS CAMPOS,<br><br>Defendant. | Case No.  2:18-cr-00143-KJM<br><br>ORDER TO FILE UNDER SEAL |

**IS HEREBY ORDERED** that the Request to Seal Exhibit H, consisting of medical records, in Mr. Everado Cuadros Campos' case be granted so that the private medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: August 11, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order to Seal Documents                                    -1-