1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  HANNAH LABAREE, #294338
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: (916) 498-5700
   Fax: (916) 498-5710
5  Hannah_Labaree@fd.org

6  Attorney for Defendant
   EVERADO CUADROS CAMPOS
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,         )  Case No. 2:18-cr-00143-KJM
11                                   )
        Plaintiff,                   )
12                                   )
   vs.                               )  STIPULATION AND ORDER FOR
13                                   )  SUBSTITUTION OF PROPERTY BOND WITH
   EVERADO CUADROS CAMPOS            )  CASH BOND
14                                   )
                                     )
15      Defendant.                   )
                                     )
16

        On August 10, 2020, this Court ordered the release of Mr. Campos from custody on

August 11. CR 79, 80. His release was ordered on an unsecured bond in the amount of $20,000,

co-signed by his uncle Francisco Carlon, to be placed on file by 12 noon on August 11.

Additionally, this Court ordered a $3,000 secured bond, to be signed by Silvestre Picaz, to be

signed and placed on file within two weeks.

        On August 11, undersigned counsel provided the co-signed $20,000 unsecured bond to

the clerk of Court.  Counsel and Mr. Carlon escorted Mr. Campos from the Sacramento County

Jail to meet Pretrial Services Officer Basurto at the federal courthouse for the purposes of

placement of the ankle monitor.

        On August 24, 2020, the parties stipulated to a continuance of the date by which the

property bond may be submitted to the Court. See CR 88, 90.

//

Given the logistical hurdles and expense of executing a property bond, the parties hereby stipulate that the $3,000 secured property bond in Campos' case be substituted with a $3,000 secured cash bond. That $3,000 cash bond will be submitted by Francisco Carlon, with whom Campos is residing, and who is the signatory on the $20,000 unsecured bond.

Mr. Campos' conditions of release include residence at the home of Francisco Carlon, under the third party custodianship of the wife of Mr. Carlon, and compliance with a curfew of 7 P.M. to 7 A.M., enforced by location monitoring. To date, Mr. Campos has been in compliance with the terms of his release and made a court appearance via Zoom at the hearing on August 24, 2020. CR 89. With the help of his family, he has been pursuing medical treatment for his arm, and has an upcoming medical appointment for that purpose.

Pretrial Services Officer Renee Basurto has indicated she has no objection to the substitution of cash bond for property bond.

Dated:  August 28, 2020

HEATHER E. WILLIAMS
Federal Defender

*/s/ Hannah Labaree*
HANNAH LABAREE
Assistant Federal Defender

*/s/ Megan Hopkins*
MEGAN HOPKINS
Assistant Federal Defender

Attorney for Defendant
EVERADO CUADROS CAMPOS

Dated:  August 28, 2020

MCGREGOR SCOTT
United States Attorney

*/s/ Justin Lee*
JUSTIN LEE
Assistant United States Attorney

Attorneys for Plaintiff

## ORDER

Good cause appearing, it is hereby ORDERED that the terms of Mr. Campos' release are modified to include a $3,000 cash bond, submitted by Francisco Carlon. The Court strikes the term of release requiring signature on a $3,000 property bond, signed by Silvestre Picaz. The $3,000 cash bond shall be submitted on or before September 7, 2020.

Dated: September 1, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE