HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MEGAN HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA  95814
(916) 498-5700 Fax (916) 498-5710

Attorney for Defendant
EVERADO CUADROS CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:18-cr-00143-KJM |
|---|---|---|
| Plaintiff, | ) ) | REQUEST FOR RULE 43 WAIVER OF APPEARANCE ORDER |
| vs. | ) ) | |
| EVERADO CUADROS CAMPOS, | ) ) | |
| Defendant. | ) ) ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, EVERADO CUADROS CAMPOS, hereby waives the right to be present in person in open court or by video teleconference for all non-substantive proceedings in this case.  This request is made because Mr. Everado Cuadros Campos would have to travel approximately 90 miles in each direction to make a personal appearance in court, and has limited access to internet-capable devices with functioning audio and video with which to make an appearance via ZOOM or other video teleconferencing at this time.

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver, and agrees that his interests will be represented at all times by the presence of his attorney, the same as if the defendant were personally present.  The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without the

1  defendant's personal presence.

2

3  The original signed copy of this waiver is being preserved by the attorney undersigned.

4

5  Dated: September 11, 2020

6
   Everado cuadros campos
7  EVERADO CUADROS CAMPOS
   (Defendant)
8  Original retained by attorney

9
   Dated: September 8, 2020
10
   /s/ Megan Hopkins
11
   _____
   MEGAN HOPKINS
12 Assistant Federal Defender
   Attorney for Defendant
13

14
   IT IS SO ORDERED.
15
   Dated: September 23, 2020
16
   _____
17 CHIEF UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

Request for Rule 43 Waiver of Appearance

2