HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE #294338
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, CA 95814
916-498-5700

Attorney for Defendant
EVERADO CUADROS CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00143-KJM |
| Plaintiff, | |
| v. | STIPULATED REQUEST FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; [PROPOSED] ORDER |
| EVERADO CUADROS CAMPOS, | |
| Defendants. | |

Mr. Campos was ordered released onto pretrial supervision on August 10, 2020. CR 80. He resides in San Ramon, California, at the home of his uncle, Francisco Carlon, and his aunt, Ana Valenzuela, and is courtesy supervised by the Pretrial Office in the Northern District of California. One of his conditions of release is a curfew of 7:00 P.M. to 7:00 A.M. (condition #13), enforced by ankle monitor (condition #12).

The parties request that both the curfew and ankle monitor conditions be removed. Mr. Campos has been in compliance with all of his conditions of release. The Pretrial Services Officers in both the Northern District and in the Eastern District of California have no objection.

As such, the parties request that the Court adopt the Amended Conditions of Release, attached as Exhibit A to this filing.

//

Dated: September 29, 2021          Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Public Defender

                                                        */s/ Hannah R. Labaree*
                                                        HANNAH R. LABAREE
                                                        Assistant Federal Defender

                                                        Attorneys for Defendant
                                                        EVERADO CUADROS CAMPOS

DATED: September 29, 2021          PHILLIP A. TALBERT
                                                        Acting United States Attorney

                                                        */s/ Justin Lee*
                                                        JUSTIN LEE
                                                        Assistant United States Attorney
                                                        Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, good cause having been shown, that the conditions of release be modified as specified above. The Amended Conditions of Release are hereby adopted in full.

Dated: September 29, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE