HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
EVERADO CUADROS CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00143-KJM |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER TO FILE EXHIBITS |
| | ) A, B, D, and E UNDER SEAL |
| EVERADO CUADROS CAMPOS, | ) |
| Defendant. | ) |

**IS HEREBY ORDERED** that the Request to Seal Exhibits A, B, D, and E, consisting of medical records, in Mr. Everado Cuadros Campos' case be granted so that the private medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: October 6, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE