HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Hannah_Labaree@fd.org

Attorney for Defendant
EVERADO CUADROS CAMPOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00143-KJM-1 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXONERATE CASH BOND** |
| EVERADO CUADROS CAMPOS, | |
| Defendant. | Judge:  Hon. Jeremy D. Peterson |

   The defendant, Everado Cuadros Campos, by and through his undersigned counsel and the United States by and through its undersigned counsel, hereby agree and request an order to exonerate the cash bond of $3,000, payable to Francisco Carlon, the uncle of Everado Cuadros Campos and payer of the cash bond. The cash bond in question was ordered on September 1, 2020. CR 92.

   On August 10, 2020, the Court ordered Mr. Campos released on a $20,000.00 unsecured bond co-signed by his uncle, Francisco Carlon. *See* CR 79 and 80. The unsecured bond was posted on August 11. CR 81.

   Additionally, Mr. Campos' release was ordered pursuant to a $3,000 secured property bond, but that was later converted to a $3,000 cash bond. *See* (CR 92) (stipulation and order as to Mr. Campos signed by Chief District Judge Kimberly J Mueller on 9/1/2020 ordering the terms

of Mr. Campos' release modified to include a $3,000 cash bond, submitted by Francisco Carlon, and striking the term of release requiring signature on a $3,000 property bond).

On October 6, 2021, Mr. Campos was sentenced to an aggregate sentence of time served with a term of 36 months supervision to follow, along with a special assessment of $200. CR 133. He is thus no longer on pretrial release and seeks to exonerate the $3,000 cash bond ordered to secure that release. The defense respectfully requests that the cash bond be returned to Francisco Carlon, whose payment of that bond was entered on September 4, 2020.

A proposed order follows.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 18, 2021                /s/ *Hannah Labaree*
                                        HANNAH LABAREE
                                        Assistant Federal Defender
                                        Attorney for
                                        EVERADO CUADROS CAMPOS

Dated: October 18, 2021                 PHILLIP A. TALBERT
                                        Acting United States Attorney

                                        /s/ *Justin Lee*
                                        JUSTIN LEE
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the bond in the above-captioned case and return the posted cash to Mr. Francisco Carlon.

The Court's financial department shall contact the Federal Defender to obtain Mr. Carlon's current contact information.

Dated: October 18, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE